NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

SEARS ECOLOGICAL APPLICATIONS CO., INC.
AND SEARS PETROLEUM & TRANSPORT CORP.,
*Appellants,*

v.

DAVID J. KAPPOS, DIRECTOR, UNITED STATES
PATENT AND TRADEMARK OFFICE,
*Appellee.*

2011-1240
(Reexamination No. 95/000,136)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

Upon consideration of Sears Ecological Applications Co., Inc. and Sears Petroleum & Transport Corp.'s motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

**MAY 13 2011**                           /s/ Jan Horbaly
        Date                              Jan Horbaly
                                          Clerk

cc:  William R. Hansen, Esq.
     Raymond T. Chen, Esq.

s21

     Issued As A Mandate:  **MAY 13 2011**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 13 2011

JAN HORBALY
CLERK